UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**Clear Form**

| | |
|---|---|
| Brennen Hurt ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **v.** ) <br> Exeter Finance LLC ) <br> Jason Kulas CFO ) <br> ) <br> ) <br> ) <br> ) <br> *(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* ) <br> ) <br> ) <br> ) <br> ) | **Complaint for a Civil Case** <br><br> Case No. <br> *(to be assigned by Clerk of District Court)* <br><br> Plaintiff requests trial by jury: <br> ☒ Yes  ☐ No |

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brennen Hurt |
| Street Address | 1830 Charleston Estates Dr |
| City and County | Florissant |
| State and Zip Code | Missouri 63031 |
| Telephone Number | 3143960942 |
| E-mail Address | Brennenhurt@gmal.com |

   **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Exeter Finance LLC |
| Job or Title | |
| Street Address | 2101 W John Carpenter FWY |
| City and County | Irving |
| State and Zip Code | Texas 75063 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.** **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Breach of Contract
Breah of Fiduciary Duties MO revised 400.3-307
Security Fraud
Extortion
```

**B.** **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

**C.** **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1.    The Plaintiff(s)

The plaintiff, *(name)* __Brennen Hurt__, is a citizen of the State of *(name)* __Missouri__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.  The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____Exeter Finance LLC_____.

is incorporated under the laws of the State of *(name)*

_____Texas_____, and has its principal place of

business in the State of *(name)* _____Texas_____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____, and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
pursuant to Federal reserve act penalties Defendant
owes $76,000,000.
Plaintiff claims defendant owes $15,000 in damages
and proceeds.
```

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
1. Plaintiff wrote multiple letters to defendant on MArch $th,
March 18th an 2 More after, Telling Defendant about plaintiff
rights in contract.
2. Defendant Ignored notices about all rights and equitable
interest owed to the principal.
3. Plaintiff sent certified mail all letters telling defendant
to apply principals balance to the account for set off.
4. Plantiff sent a negoatible instrument and power of attorney
to defendant showing why plaintiff had the rights. Plaintiff
tried to settle the account using principals balance.
5. Defendant ignored and said no. Defendant held plaintiff out
of rights and violated Plaintiff rights. Defendant
discrimintated plaintiff and falsly accused plaintiff of
internet scamming.
6. Defendant not only breached contract and failed to perform
fiduciary duties pursuant to Missouri revised statue 400.3-307
7. Plaintiff has loss the vehicle, and suffered damages and
loss faith in the banking industry.
8. Defendant is still breaching contract, Defendant failed to
apply principals balance to account for set off, account has
taken affect due to non performance by defendant.
9.Defendant is still forcing payment from plaintiff and report
a negative account on plaintiff consumer report.
10. Defendant is commiting security fraud by blocking plaintiff
from claiming securities owned by plaintiff.
```

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
Plaintiff wants performance done by defendant. Plaintiff
wants all proceeds returned and damages from emotional
distress and transportation. all totaling $15,000
```

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
$15,000 is the total of proceeds plaintiff paid to
defendant and proceeds defendant made from selling
plaintiffs car. Other damages include emotional distress
and bills from transportation.
```

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28th__ day of _____June_____, 20 _23_.

Signature of Plaintiff(s) _____Brennen Hurt_____

_____Hurt;Brennen-Michael_____

6

Continue of claim:

10. This court has jurisdiction because both Plaintiff and Exeter are located in different states. Plaintiff grants this court jurisdiction.

11. Defendant has breached contract and is extorting plaintiff till this very day. Defendant is breaching fiduciary duties pursuant to MO revisied statue 400.3-307 and Federal reserve act section 29 tier 3

12. Defendant has Violated plaintiff inalienable rights to possessing  and protecting property and has stopped plaintiff from the pursuit of happieness.

13. Defendant has taken away palintiff's vehicle which was used for personal and family use.